**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Robert K. Gray,

Plaintiff,

vs.

John N. Cevette,

Defendant.

**Civil No. 01-CV-109 RHK/JMM**

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE MOVE**

---

The parties hereto agree that Defendant shall have until March 13, 2001 to answer or otherwise respond to the Complaint in this action.

Dated: March 12, 2001

KALINA, WILLS, GISVOLD & CLARK, P.L.L.P

Gordon B. Conn, Jr., #18375
Adam J. Arnold, #301954
941 Hillwind Road N.E., Suite 200
Minneapolis, MN 55432
(612) 789-9000

ATTORNEYS FOR PLAINTIFF

Dated: March 14, 2001

FAEGRE & BENSON LLP

Edward T. Wahl, #15409X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR DEFENDANT

FILED MAR 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS SO ORDERED.

The Honorable ~~Richard H. Kyle~~