UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

ROBERT K. GRAY,

Plaintiff,

v.

JOHN N. CEVETTE,

Defendant.

**Civil No. 01-1099 RHK/JMM**

**STIPULATION AND ORDER FOR DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned counsel, that the above-entitled action be and hereby is dismissed, on the merits and with prejudice, without costs to either party.

Dated: June 13, 2001

Gordon B. Conn, Jr. (#18375)
KALINA, WILLS, GISVOLD & CLARK, PLLP
Suite 200, 941 Hillwind Road N.E.
Minneapolis, MN 55432-5964
Telephone: 612-789-9000
Telecopier: 763-571-2418
Attorneys for Plaintiff
Robert Keith Gray

Dated: June 15, 2001

Edward T. Wahl (#15409X)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel. (612) 336-3000
Fax (612) 336-3026
Attorneys for Defendant
John N. Cevette

FILED JUN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

Based upon the foregoing Stipulation of the parties, IT IS HEREBY ORDERED,

That the above-entitled action be and hereby is dismissed, on the merits and with prejudice, without costs to any party.

Dated: 6/19/01

BY THE COURT

Richard H. Kyle
Judge of United States District Court